# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**WELLCARE HEALTH PLANS, INC.
and COMPREHENSIVE HEALTH
MANAGEMENT, INC.,**

    **Plaintiffs,**

v.                                              Case No.  8:12-cv-713-T-30MAP

**ERHARDT H.L. PREITAUER,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Clarification (Dkt. 13). Upon reviewing this Motion, and being otherwise advised in the premises, this Court concludes that the temporary injunction without notice issued in state court, which expired on April 17, 2012, should be reinstated.

It is therefore **ORDERED AND ADJUDGED** that:

1.     The temporary injunction without notice against Erhardt H.L. Preitauer issued in state court (*see* Dkt. 1, Exh. A) shall be re-instated effective immediately. It shall remain in force until the conclusion of Judge Pizzo's Hearing on Plaintiffs' Motion for Preliminary Injunction (Dkt. 4), to take place on May 1, 2012.

    2.    Plaintiffs shall post a bond in the amount of $50,000.

**DONE** and **ORDERED** in Tampa, Florida on April 19, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-713.mfc.frm