**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WELLCARE HEALTH PLANS, INC.,
et al.,

    Plaintiffs,

v.                                              Case No: 8:12-cv-713-T-30MAP

ERHARDT H.L. PREITAUER,

    Defendant.

---

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #45).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 17th day of October, 2012.

_[signature]_
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-713 dismiss 45.docx